No. 653. SEABOARD AIR LINE RAILWAY COMPANY *v.* STATE OF FLORIDA EX REL. R. HUDSON BURR, A. S. WELLS, ET AL., ETC. November 23, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Florida

denied. *Messrs. James F. Wright, W. E. Kay, Thomas B. Adams,* and *Frank W. Gwathmey* for petitioner. *Messrs. Fred H. Davis* and *George C. Bedell* for respondents. See *ante,* p. 691.

---

No. 654. ATLANTIC COAST LINE RAILROAD COMPANY *v.* STATE OF FLORIDA EX REL. R. HUDSON BURR, A. S. WELLS, ET AL., ETC. November 23, 1926. Petition for a writ of certiorari to the Supreme Court of the State of Florida denied. *Messrs. James F. Wright, W. E. Kay, Thomas B. Adams,* and *Frank W. Gwathmey* for petitioner. *Messrs. Fred H. Davis and George C. Bedell* for respondents. See *ante,* p. 691.